The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVON EVANS,<br><br>　　　　Defendant. | No.  CR21-00068 RSM<br><br>[PROPOSED] ORDER RETURNING PASSPORT |

ORDER

Having reviewed the unopposed motion to return passport (see docket no. 76), the Court ORDERS that the court clerk shall return Mr. Evans' passport to him that he surrendered on April 20, 2021. See Docket No. 20. Mr. Evans may either show up in person to obtain the passport from the clerk or he can provide a mailing address to the clerk to send by mail.

[PROPOSED] ORDER RETURNING PASSPORT--1
United States v. Evans   CR21-00068 RSM

HART JARVIS MURRAY CHANG PLLC
155 NE 100TH STREET SUITE 210
TEL: (206)735-7474
FAX: (206)260-2950

Ordered this __20th__ day of December, 2024

_____
Ricardo Martinez
United States District Court Judge

Presented by:

/s Brent Hart
_____
Brent Hart #30368
Attorney for Davon Evans

[PROPOSED] ORDER RETURNING PASSPORT--2
United States v. Evans   CR21-00068 RSM

HART JARVIS MURRAY CHANG PLLC
155 NE 100TH STREET SUITE 210
TEL: (206)735-7474
FAX: (206)260-2950